**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38352 |
| | § | |
| KAREN CARDONA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/29/2015, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/06/2015

By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38352 |
| | § | |
| KAREN CARDONA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $7,910.00 |
| *and approved disbursements of* | $1,536.60 |
| *leaving a balance on hand of*[1]*:* | $6,373.40 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $6,373.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,389.30 | $0.00 | $1,389.30 |
| David P. Leibowitz, Trustee Expenses | $7.10 | $0.00 | $7.10 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,396.40 |
| Remaining balance: | $4,977.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $4,977.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---:|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $4,977.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $16,424.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | $1,032.09 | $0.00 | $312.73 |
| 2 | American InfoSource LP as agent for | $265.13 | $0.00 | $80.34 |
| 3 | Quantum3 Group LLC as agent for | $954.45 | $0.00 | $289.21 |
| 4 | Capital One Bank (USA), N.A. | $647.68 | $0.00 | $196.26 |
| 5 | PYOD, LLC its successors and assigns as assignee | $4,050.52 | $0.00 | $1,227.37 |
| 6 | Synchrony Bank | $919.48 | $0.00 | $278.62 |
| 7 | Synchrony Bank | $4,520.20 | $0.00 | $1,369.69 |
| 8 | Synchrony Bank | $1,455.03 | $0.00 | $440.90 |
| 9 | Synchrony Bank | $550.33 | $0.00 | $166.76 |
| 10 | Synchrony Bank | $2,029.98 | $0.00 | $615.12 |

| | |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $4,977.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Karen Cardona
Debtor

Case No. 14-38352-TAB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: adragonet    Page 1 of 1    Date Rcvd: Jul 07, 2015
Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2015.

db Karen Cardona, 518 W. 64th Street, Chicago, IL 60638
22548887 +Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497
22548892 +COMENITY BANK/NWYRK & CO, PO BOX 182789, Columbus, OH 43218-2789
22548888 +Cap One, PO BOX 30253, Salt Lake City, UT 84130-0253
23040815 Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083
22548889 +Cenlar FSB, 425 Phillips Blvd, Trenton, NJ 08618-1430
22548890 +Chase, PO BOX 15298, Wilmington, DE 19850-5298
22548893 +Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497
22548900 +TD Bank USA/TargetCred, PO BOX 673, Minneapolis, MN 55440-0673
22548902 +Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

22996716 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2015 01:27:55 American InfoSource LP as agent for, TD Bank, USA, PO Box 248866, Oklahoma City, OK 73124-8866
23308450 +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2015 01:21:12 PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008
23023967 E-mail/Text: bnc-quantum@quantum3group.com Jul 08 2015 01:23:40 Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788
22548894 +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:21:20 SYNCB/JCP, PO Box 965007, Orlando, FL 32896-5007
22548895 +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:20:56 SYNCB/Lowes, PO BOX 965005, Orlando, FL 32896-5005
22548896 +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:20:56 SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005
22548897 +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:21:20 SYNCB/TJX COS, PO BOX 965005, Orlando, FL 32896-5005
22548898 +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:20:56 SYNCB/WALMART, PO BOX 965024, Orlando, FL 32896-5024
23320339 E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:20:56 Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605

TOTAL: 9

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

22548891* +Chase, PO BOX 15298, Wilmington, DE 19850-5298
22548899* +SYNCB/WALMART, PO BOX 965024, Orlando, FL 32896-5024
22548901* +TD Bank USA/TargetCred, PO BOX 673, Minneapolis, MN 55440-0673

TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2015    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2015 at the address(es) listed below:

David P Leibowitz, ESQ dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
Hanna Kayali on behalf of Debtor Karen Cardona hannakayali1@gmail.com
Heather M Giannino on behalf of Creditor HomeBridge Financial Services, Inc., fka Real Estate Mortgage Network, Inc. bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 4